# J

# Drive-by BPO Form

| | |
|---|---|
| Address: | 115-45 155th St<br>Jamaica, NY  11434 |
| Borrower Name: : | Unknown |
| Inspection Date: | 8/28/2019 |
| Delivery Date: : | 8/29/2019 |
| APN: N/A Property ID: : | Q12191-0001 |
| Order ID: : | Queens |
| Completed by: : | Dana Farber |

## I. General Conditions

| | |
|---|---|
| Property Type: | Detached Single Family Colonial |
| Occupancy: | Unknown |
| Property Condition: | Average |
| Condition Comments: | Average condition. |
| HOA? | N/A |

## II. Subject Sales & Listing History

| Current Listing Status: | No listings or sales noted within the past 5 years. |
|---|---|

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | | | | |

## III. Neighborhood & Market Data

| | | | |
|---|---|---|---|
| Location Type: | Urban | Local Economy Is: | Stable |
| Sales Price in this Neighborhood: | Low : $ 400,000. | | High :$ 1,500,000. |
| Market for this type of property has: | Stabilized | | |
| Normal Marketing Days: | 120+ | | |
| Neighborhood Comments, Positive: | Urban residential neighborhood. | | |
| Neighborhood Comments, Negative: | Close proximity to main roads, shopping and public transportation. | | |
| # of Properties for Sale: | 38 | | |

## IV. Current Listings

| | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|
| Street Address | 115-45 155th St<br>Jamaica, NY | 167-19 109th Rd<br>Jamaica, NY | 110-17 160th St<br>Jamaica, NY | 119-03 Inwood St<br>Jamaica, NY |
| Zip Code | 11434 | 11433 | 11433 | 11436 |
| Data source | Tax Record | MLS | MLS | MLS |
| Miles to Subj. | | .60 | .95 | .45 |
| List Price $ | | $619,000. | $589,000. | $570,000. |
| Days on Mkt. | | 194 DOM | 282 DOM | 105 DOM |
| Age | 94 | 94 | 89 | 94 |
| Condition | Average | Average | Average | Average |
| Style/Design | Colonial | Colonial | Colonial | Colonial |
| Living Sq. Feet | 1568sqft | 1784sqft | 1248sqft | 1120sqft |
| Br/Ba | 3/2.5 | 4/2 | 4/1.5 | 3/2 |
| Total Room # | 9 | 7 | 6 | 6 |
| Garage | 1 Car Det Garage | 1 Car Det Garage | 1 Car Det Garage | 1 Car Det Garage |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 100% | 100% | 100% | 100% |
| Lot Size | .03 Acre lot | .06 Acre lot | .08 Acre lot | .05 Acre lot |
| Other | Porch,Patio | Porch,Patio | Patio | Porch,Patio |

*Listing #         is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).
Listing #1: Comp 1 Family det colonial with a full fin bsmt,1 gar,porch,patio,4 beds and 2 baths.
Listing #2: 1 Family det colonial with a full fin bsmt,1 gar,patio,4 bedrooms and 1.5 baths.
Listing #3: 1 Family det colonial with a full fin bsmt,1 gar,porch,patio,3 beds and 2 baths.

Notes:  All of the comps utilized are located within the same market area as the subject property.

## V. Recent Sales

|  | Subject | Sold #1 | Sold #2 | Sold #3 |
|---|---|---|---|---|
| Street Address | 115-45 155th St | 86-42 109th St | 85-67 113th St | 147-04 116th Ave |
|  | Jamaica, NY | Richmond Hill, NY | Richmond Hill, NY | Jamaica, NY |
| Zip Code | 11434 | 11418 | 11418 | 11436 |
| Data source | Tax record | MLS | MLS | MLS |
| Miles to Subj. |  | .65 | .35 | .58 |
| List Price $ |  | $619,000. | $609,000. | $589,000. |
| Sale Price $ |  | $600,000. | $583,000. | $565,000. |
| Type of Financing |  | Conventional | Conventional | Conventional |
| Date of Sale |  | 2/1/2019 | 5/1/2019 | 3/26/2019 |
| Days on Mkt. |  | 139 | 44 | 55 |
| Age (# of Years) | 94 | 94 | 94 | 94 |
| Condition | Average | Updated | Average | Average |
| Style/Design | Colonial | Colonial | Colonial | Colonial |
| Living Sq. Feet | 1568sqft | 1791sqft | 1688sqft | 1568sqft |
| Br/Ba | 3/2.5 | 4/1 | 4/2 | 4/2 |
| Total Room # | 9 | 8 | 7 | 7 |
| Garage | 1 Car Det Garage | No Garage | No Garage | No Garage |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 100% | 0% | 50% | 100% |
| Lot Size | .03 Acre lot | .06 Acre Lot | .05 Acre lot | .04 Acre lot |
| Other | Porch,Patio | Porch,Patio | Porch,Patio | Porch,Patio,Fplc |
| Adjustments $ +/- (See notes below) |  | -$5,000. | +$10,000. | +$10,000 |
| Adjusted Value |  | $595,000. | $593,000. | $575,000. |

* Sold #        is the most comparable listing to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)
Sold #1: Comp 1 Family det colonial with a full unfin bsmt,no gar,porch,patio,4 bedrooms and 1 baths.
Sold #2: 1 Family det colonial with a full bsmt par fin,no gar,porch,patio,4 bedrooms and 2 baths.
Sold #3: 1 Family det colonial with a full fin bsmt,no gar,porch,patio,fplc,4 bdrms and 2 baths.

Please describe how the distances from subject to current listings and recent sales were calculated.
*(COMPANY NAME HERE will use this information to verify distances)*: All of the comps utilized are located within the same market area.

Notes: The subject is a single family detached colonial style home with a full finished basement,1 car detached garage, porch, patio,3 bedrooms and 2.5 baths.

## VI. Marketing Strategy

|  | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $605,000 | $605,000. | No damage noted. |
| Sale Price: | $595,000. | $595,000. | Unknown condition. |

Additional Broker/Agent Information:
Dana Farber/Realtor/Appraiser.

## VII. Repair Addendum

Estimated work to put the subject into "Repaired" condition (following FHA guidelines)

| Category | Comments | Estimated Cost |
|---|---|---|
| Exterior Paint |  |  |
| Siding/Trim Repair |  |  |
| Exterior Doors |  |  |
| Windows |  |  |
| Garage |  |  |
| Roof/Gutters |  |  |
| Foundation |  |  |
| Fencing |  |  |
| Trashout/Landscaping |  |  |
| Pool |  |  |
| Other |  |  |
| Other |  |  |
|  | Estimated Exterior Repairs: |  |
|  | * Estimated Interior Repair Cost: (At the customer's request, enter $0 unless you have seen or can document actual damages.) |  |
|  | * Total Estimated Repairs: |  |

SUBJECT PROPERTY



Comps Utilized



List#1 167-19 109th Road



Sold Comp#1 86-42 109th Street



List#2 110-17 160th Street



Sold Comp#2  85-67 113th Street



List#3 119-03 Inwood Street



Sold Comp#3  147-04 116th Avenue